SO ORDERED.

Dated: November 14, 2008

*(signature)*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
08-61773/167574680

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steve Goldberg and Elyse Goldberg<br>    Debtors.<br>―――――――――――――――――<br>Countrywide Home Loans, Inc. dba America's Wholesale Lender<br>    Movant,<br>  vs.<br>Steve Goldberg and Elyse Goldberg, Debtors, Maureen Gaughan, Trustee.<br>    Respondents. | No. 2:08-BK-11934-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is the subject of a Deed of Trust dated April 27, 2007 and recorded in the office of the Maricopa County Recorder wherein Countrywide Home Loans, Inc. dba America's Wholesale Lender is the current beneficiary and Steve Goldberg and Elyse Goldberg have an interest in, further described as:

> Unit 1094, of SCOTTSDALE CONDOMINIUMS, a condominium as created by that certain Declaration recorded April 14, 2005 as 2005·0479455 of Official Records and shown on the plat of said condominium recorded as Book 740 of Maps, Page 39 and Certificate of Correction recorded as 2005·0461030 of Official Records, in the Office of the County Recorder of Maricopa County. Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2008.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT