**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09952

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Steve Goldberg and Elyse Goldberg<br>　　　Debtors.<br>_____<br>Residential Funding Company, LLC (RFC 2004-WH19)<br>　　　Movant,<br>vs.<br>Steve Goldberg and Elyse Goldberg<br>Debtors; Maureen Gaughan, Trustee.<br>　　　Respondents. | No. 2:08-bk-11934-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #65)<br><br>Hearing Date: June 17, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 4, 2004, and recorded in the office of the Maricopa County Recorder wherein Residential Funding Company, LLC (RFC 2004-WH19) is the current beneficiary and Steve Goldberg and Elyse Goldberg have an interest in, further described as:

　　Lot 46, ARABIAN CREST III, a subdivison, according to Book 382 of Maps, Page 49, records of Maricopa County, Arizona.

EXCEPT all oil, gases, and other hydrocarbon substances, helium or other stubstances of a gaseous nature, geothermal resources, coal, metals, minerals, fossils and fertilizer of every name and description and EXCEPT all uranium, thorium, or any other material which is or may be determined by the laws of the State of Arizona, the United States of Amercia, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Section 37-231 Arizona Revised Statutes.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.